UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| **EMERGENCY TWENTY FOUR, INC.** | ) | FILED: AUGUST 25, 2008 |
|  | ) | 08CV4830 |
|  | ) | JUDGE LEFKOW |
| Plaintiff, | ) | MAGISTRATE JUDGE NOLAN |
|  | ) | YM |
| v. | ) | **Civil Action No.** |
|  | ) | |
| **MCAFEE, INC.,** | ) | |
|  | ) | |
| Defendant. | ) | |

_____

## COMPLAINT

Plaintiff, Emergency Twenty Four, Inc. ("Emergency 24"), through its undersigned counsel, hereby sets forth its Complaint against Defendant, McAfee, Inc. ("McAfee"), and alleges as follows:

## NATURE OF ACTION

This is an action for unfair business practices, under Section 43 of the Lanham Act, 15 U.S.C. §1125(a), Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/1 *et seq.*, Illinois Uniform Deceptive Trade Practices Act, 815 ILCS 510/1 *et seq.*, and common law business defamation, trade disparagement and unfair competition, stemming from Defendant McAfee's false, deceptive, confusing and/or misleading statements and representations, in commerce, regarding Emergency 24's reputation, software products, services and/or websites.

## Parties

1.      Emergency Twenty Four, Inc. is a corporation organized under the laws of the State of Illinois, with its principal place of business at 4179 W. Irving Park Road, Chicago, IL 60641.

2.      Upon information and belief, McAfee, Inc. is a corporation organized under the laws of the State of Delaware, with its principal place of business at 3965 Freedom Circle, Santa Clara, California  95054-1203.

## Jurisdiction And Venue

3.      This civil action arises under the federal Trademark Act of 1946 (15 U.S.C. et seq.) and sets forth claims for false or misleading representations of fact (15 U.S.C. § 1125), as well violations of the Illinois Consumer Fraud and Deceptive Business Practices Act and Illinois Uniform Deceptive Trade Practices Act, under 815 ILCS 510/1 et seq., 815 ILCS 505/1 et. seq., and claims for business defamation, trade disparagement and unfair competition under Illinois common law.

4.      This Court has jurisdiction over this action under 28 U.S.C. § §1331 and 1338.  In addition, the Court has jurisdiction pursuant to 28 U.S.C. § 1332(a) in that the matter in controversy exceeds $75,000, exclusive of interest and costs, and is between citizens of different states. This Court also has supplemental jurisdiction of claims arising under state law pursuant to 28 U.S.C. §§1338(b) and 1367.

5.      This Court has personal jurisdiction over McAfee pursuant to, among others, 735 ILCS 5/2-209, in that McAfee has committed the acts complained of herein in this district, and/or transacts business within this district.

6.      Venue in this judicial district is proper under 28 U.S.C. §1391 because McAfee has caused tortious injury in, is subject to personal jurisdiction in, and may be found in, this judicial district.

## Facts Common To All Claims

7.      Emergency 24 is a nationally-recognized security systems monitoring firm that has been in business for over forty years and which, during that time, has been at the forefront of

incorporating technology with security services. Building upon its extensive background in the security business, Emergency 24 has expanded its operations to provide not only "brick and mortar" security systems, but also Internet-related products and services, including, inter alia, website safety certification services, computer software, and website ranking statistics.  Emergency 24's proprietary software offers users unique Internet services and has made Emergency 24 very successful in the software industry.

8.    Emergency 24 offers and provides to computer users ("users") a freeware toolbar called "BrowserAccelerator" that displays within a browser information about the website being visited – e.g. location, overall ranking and category ranking, competitive sites, website owner information, as well as reviews and complaints concerning that site.

9.    Emergency 24 also owns the website Ranking.com.  At Ranking.com, the online popularity of the most visited websites on the Web are calculated and those results have been provided without charge to the public for the past decade.

10.    Emergency 24 also owns the website InternetSupervision.com, where it provides Internet-related security services. At InternetSupervision.com, the availability, performance, and content of customers' websites, web servers and internet services are monitored, with assistance being provided on a global basis by Emergency 24 personnel twenty-four hours a day, seven days a week.

11.    In addition to the goods and services provided by Emergency 24 at its aforesaid websites, it also provides website certification and consumer protection services on its ValidatedSite.com website.  At this location, qualifying websites are certified by Emergency 24 with a "ValidatedSite Logo".  Sites displaying this logo have, as a prerequisite, voluntarily shared

information about their business or organization with Emergency 24 in order to be accountable for any actions the site owner takes vis-à-vis a Internet user or consumer.

12.    All actions taken by the BrowserAccelerator Toolbar are accomplished with the prior knowledge and consent of such users, a fact which is evidenced by their prior acceptance of the terms and conditions in the End User License Agreement ("EULA").  A true and correct copy of the installation process and the EULA offered by Emergency 24 and accepted by computer users during 2008 is attached as **Exhibit A**.

13.    Emergency 24's EULA explains how the Toolbar functions and what information is captured by the software program.  The EULA is more strict than industry standards, requiring a user to accept the terms of the License Agreement before proceeding to a second screen, where the user must yet again "click to accept" before the Toolbar can be installed.  The EULA used at all relevant times by Emergency 24 clearly informs the subscribing computer user that the BrowserAccelerator software may be removed and the EULA terminated at any time by the computer user.

14.    Emergency 24's BrowserAccelerator Toolbar is not "adware", "spyware" or "potentially unwanted" and does not originate viruses.  The BrowserAccelerator Toolbar merely displays information believed to be useful and/or interesting to the computer user while the user is pursuing Internet browsing activities.  The BrowserAccelerator Toolbar makes no use of tracked information that is not explicitly disclosed to the user.

15.    Upon information and belief, McAfee has registered the domain name siteadviser.com, and operates and controls a website accessible through the address http://www.siteadviser.com.

16.     McAfee offers through its http://www.siteadviser.com website what it terms its "web safety tool", and refers to as "SiteAdvisor" and "SiteAdvisor Plus".  Through software programs such as its "SiteAdvisor" and "SiteAdvisor Plus", McAfee names and classifies what it perceives to be Internet security threats (such as adware, spyware, viruses, worms, unauthorized intrusions, "potentially unwanted programs" etc.) detected on a software program being operated by a computer user, and then advises such user of the potential level of risk created by such perceived security threats.  McAfee, through McAfee SiteAdvisor, names and classifies both third party websites and software downloads available on those sites.

17.     At the http://www.siteadviser.com website, McAfee's "Terms of Service" states that it tests websites, downloadable programs, and registration/signup forms using a variety of automated and manual techniques. The results of their tests are reported in various summary and detailed formats on the siteadviser.com website and via McAfee's software products. On the http://www.siteadviser.com website, McAfee claims that its test results are supplemented with feedback from their users, comments from Web site owners, and analysis from their own employees. McAfee additionally claims on its http://www.siteadviser.com website that their software summarizes their safety results by using red, yellow and green ratings. See McAfee SiteAdvisor Terms of Service and additional pages from SiteAdvisor.com, attached as **Exhibit B**.

18.     McAfee's SiteAdvisor.com website has an "Analysis" tab where users can enter website addresses and find out what rating has been given to that site by SiteAdvisor.com.  McAfee also displays at this location various information about the safety and reputation of third party sites. See copy of Analysis Page for BrowserAccelerator.com from SiteAdvisor.com, as an example, attached as **Exhibit C**.

19.     Since at least September, 2007 McAfee, through its SiteAdvisor product, has employed a rating system that flags third-party websites with green, yellow or red ratings.  McAfee provides these color-coded ratings for websites accessed through a browser or through links in e-mails or instant messaging.

20.     McAfee SiteAdvisor is a popular product and widely in use throughout the United States.  When it is installed by an Internet user, it is integrated into the user's Internet browser, so whenever the user uses the Internet browser, SiteAdvisor is automatically loaded.

21.     When a user accesses web sites that have been flagged with a red rating, such as Plaintiff's web sites, or any site linking to any of these sites, the user sees a prominent Red "X" Warning (red rating), as illustrated below:



22.     McAfee does not publicly provide definitions for its green, yellow or red rating, nor does it provide information on the exact criteria used for determining a site's rating, or the process through which its ratings are created.

23.     On or about September, 2007, McAfee began offering its SiteAdvisor and SiteAdvisor Plus Toolbars to the public. These Toolbars are widely used by computer users throughout the United States, including Illinois, and they display McAfee's purported rating of a web site when a computer user who has the Toolbar accesses a particular site. Therefore, at or about that time, everyone who had either of these popular toolbars installed in the user's Internet browser began automatically seeing SiteAdvisor's rating of Emergency 24's sites.

24.     Since at least as early as July, 2008 McAfee SiteAdvisor has flagged Emergency 24's web site BrowserAccelerator.com with a yellow rating. The current yellow rating is false

and/or misleading because the description next to that rating states: "In our tests, we found downloads on this site that some people consider adware, spyware or other potentially unwanted programs".  The download is referring to the BrowserAccelerator Toolbar, which McAfee has admitted to Emergency 24 is not adware, it is not spyware and cannot possibly be a "potentially unwanted program" because users have to go through a multiple-step affirmation process before being able to download the software.  A screenshot showing McAfee's current rating of the BrowserAccelerator ToolBar and BrowserAccelerator.com website, is attached as **Exhibit D**.

25.     On or about September, 2007, McAfee SiteAdvisor flagged Emergency 24's ValidatedSite.com website with a red rating, suggesting it is a detected security threat and stating that: "Feedback from credible users indicate an overall concern with shopping at this site."  McAfee has been repeatedly placed on notice by Emergency 24 that ValidatedSite.com is not a retail site, nor is shopping available at this site in any manner.  Therefore, McAfee's statement uttered through its SiteAdvisor product is false and misleading. McAfee SiteAdvisor continues to display this false and misleading statement when it has known, or should have known, that the statement was false or misleading.  Presently, when a user with the McAfee SiteAdvisor Toolbar accesses a search results list that includes ValidatedSite.com, or accesses the ValidatedSite.com website itself, the user receives a prominent "caution" warning. See copy of screenshots attached as **Exhibit E**.

26.     McAfee SiteAdvisor's analysis of ValidatedSite.com does not mention any negative email or download tests, nor any annoyances.  Its "online affiliation" status is described as "linked to green sites."  There is no reasonable justification for why Emergency 24's ValidatedSite.com website has been falsely flagged with a red rating.  Such negative statements have been made and/or endorsed by McAfee and constitute willful business defamation, trade disparagement and unfair competition by McAfee.

27.     As a result of McAfee's red rating, Emergency 24 has received complaints from existing and potential ValidatedSite.com customers and clients concerned about purchasing ValidatedSite products and services (which clients obtain so their customers will feel safe and trust their site), because McAfee SiteAdvisor has described ValidatedSite.com as "suspicious" through its red rating.  In addition, due to McAfee's red rating of ValidatedSite.com, Emergency 24's clients' sites have likewise been wrongfully branded with a red rating and Emergency 24's relationship with its clients have thereby been damaged.

28.     Emergency 24's customers have specifically pointed to McAfee's red rating of ValidatedSite.com as a reason for lost sales on their own sites, and have severed business relationships with Emergency 24 specifically for this reason.  Emergency 24's customers have characterized McAfee's red rating as indicating that ValidatedSite.com is "suspicious" and have interpreted comments regarding ValidatedSite.com made by users at SiteAdvisor.com as comments coming from, or endorsed by, McAfee itself, who is a trusted Internet security leader.  See copy of correspondence attached as **Exhibit F**.  The commercial relationship between  Emergency 24 and some of its customers have been negatively impacted by McAfee's false and misleading suggestion that Emergency 24's websites contain security risks (due to their mere linking to one or more of Emergency 24's sites).  Moreover, Emergency 24 has lost customers who decided not to renew their contract with Emergency 24 because of McAfee's actions in branding the site ValidatedSite.com with a red rating.

29.     Also, because of the way that McAfee's system previously worked, Emergency 24's customers that linked to ValidatedSite.com were being flagged with a red rating merely because they are linked to Emergency 24's web site that has the red rating. Such safety rating techniques, which amount to "guilt by association" rather than resulting from independent testing by McAfee,

is not consistent with industry standards. It appears that recently, McAfee has changed its system so Emergency 24's customers linked to ValidatedSite.com are no longer red-flagged, however, Emergency 24 has been harmed by McAfee's past red-flagging of Emergency 24's customers. McAfee has harmed, and continues to harm, Emergency 24's relationships with its customers.

30.    On or about September, 2007, McAfee, through its SiteAdvisor product flagged Emergency 24's InternetSupervision.com website (as well as customer sites linked to InternetSupervision.com) with a red rating, suggesting it is a detected security threat, and stating that: "When we tested this site we found links to 7Search.com, which we found to be a distributor of downloads some people consider adware, spyware, or other potentially unwanted programs." That claim by McAfee was false and misleading, a fact subsequently admitted, in part, by McAfee when it, on or before June 24, 2008, re-flagged the site InternetSupervision.com with a green rating and removed it from the "red rating" classification, with the new description that McAfee SiteAdvisor had "tested the site and didn't find any significant problems."

31.    On or about September, 2007, McAfee, through its SiteAdvisor product, flagged Emergency 24's Ranking.com website with a red rating, suggesting it is a detected security threat. That claim by McAfee was false and misleading, a fact subsequently admitted, in part, by McAfee when it, on June 24, 2008, re-flagged the site Ranking.com with a green rating, and removed it from the "red rating" classification, with the following new description: "We tested this site and didn't find any significant problems."

32.    McAfee, while admitting that it wrongfully flagged Emergency 24's aforesaid websites with red ratings by suggesting that they were security threats, continues nevertheless to falsely advise the public that ValidatedSite.com is an untrustworthy "shopping" site and that Emergency 24's BrowserAccelerator Toolbar is adware, spyware or otherwise a potentially

unwanted program.  McAfee is well aware of Emergency 24's dual-acceptance EULA that does not allow users to install the BrowserAccelerator Toolbar until they accept the terms of the site and indicate that they are aware of the information that can be collected by the program, and consent to such actions.  Accordingly, the program cannot be reasonably characterized as "unwanted."

33.    On October 1, 2007, Emergency 24 gave written notice to McAfee concerning Plaintiff's objections to the misrepresentations of facts being made and published by McAfee concerning Plaintiff's software product and websites, and how McAfee's false and misleading statements and representations are harming Emergency 24.  A copy of Emergency 24's notice to McAfee is attached hereto as **Exhibit G**.  By way of that notice, as well as its subsequent notices, Emergency 24 demanded, inter alia, that McAfee promptly delete from its website all references to BrowserAccelerator software as being "adware, spyware or viruses" and change its red ratings to green ratings for all sites owned or operated by Emergency 24, including, but not limited to, the sites ValidatedSite.com, InternetSupervision.com, Ranking.com, and BrowserAccelerator.com.

34.    Rather than comply with Emergency 24's requests, or provide Emergency 24 with a reasonable justification as to why McAfee has rated Emergency 24's web sites the way it has, McAfee has continued to willfully and knowingly publish the false, deceptive and/or misleading statements concerning Emergency 24, and Emergency 24's services, products and websites. Emergency 24's reputation and business has been, and is continuing to be, injured by McAfee's false, deceptive, confusing and misleading representations as to Emergency 24's reputation, business, products and services and it is clear that only judicial intervention will allow Emergency 24 to obtain the relief it requires.

35.    McAfee's explicit or implicit ratings classification of Emergency 24's BrowserAccelerator Toolbar is false, confusing, deceptive and/or misleading and is inconsistent with accepted industry standards.

36.    McAfee has recently partnered with Yahoo! for a product called SearchScan, which shows users when sites are considered to have dangerous downloads. Emergency 24 has been damaged by McAfee's actions because, recently, when BrowserAccelerator.com was displayed in a computer user's Yahoo! search results, the website link stated, "Warning: Dangerous Downloads", thereby deterring and/or convincing users from going to Emergency 24's website. This statement is false, confusing, deceptive and misleading and was generated as a direct result of McAfee's improper negative rating of Emergency 24's BrowserAccelerator.com website. A screenshot of the warning is attached as **Exhibit H**.

## COUNT I
### (Section 43 of the Lanham Act)

37.    Plaintiff hereby realleges and incorporates by reference each of the allegations set forth in Paragraph 1 through 36, as though fully repeated herein.

38.    McAfee's representations, in interstate commerce, (both explicit and implicit) that Emergency 24's web sites and/or software products, services and/or offerings is adware, spyware, contains viruses or is otherwise potentially unwanted or dangerous, are false, deceptive, confusing and/or misleading descriptions or representations of material fact which constitute a willful and intentional misrepresentations of the nature, characteristics, or qualities of Emergency 24's reputation, web sites and/or software products, services and/or offerings and commercial services, and impugn the quality and marketability of those goods and services, all in violation of Section 43(a) of the Lanham Act (15 U.S.C. §1125(a)).

39.    Likewise, McAfee's designation of Emergency 24's websites with yellow or red ratings constitutes false, deceptive, confusing and/or misleading descriptions or representations of fact which constitute willful and intentional misrepresentations of the nature, characteristics, or qualities of Emergency 24's reputation, software products, services and/or offerings and commercial services, and impugn the quality and marketability of those goods and services, all in violation of Section 43(a) of the Lanham Act (15 U.S.C. §1125(a)).

40.    McAfee's knowingly false, deceptive, confusing and/or misleading statements are material and have caused, or are likely to continue to cause, injury and harm to the commercial interests and reputation of Emergency 24.

41.    McAfee's false, deceptive, confusing, and/or misleading statements and misrepresentations have been published in interstate commerce and widely disseminated to the relevant purchasing public.

42.    McAfee's false, deceptive, confusing and/or misleading descriptions or representations of fact regarding Emergency 24 and Emergency 24's reputation, goods and services have been used by McAfee during the commercial advertising or promotion of McAfee's goods and services, including, but not limited to, misrepresentations made on McAfee's website SiteAdvisor.com and on the computers of customers who have downloaded McAfee SiteAdvisor and SiteAdvisor Plus Toolbar and/or other software products.

43.    McAfee has misrepresented and falsely and misleadingly described, in commerce and through commercial communications, the nature, characteristics, properties and qualities of Emergency 24's reputation, goods and services to others.

44.    McAfee's misrepresentations and false and misleading descriptions of facts to others regarding Emergency 24's reputation, goods and services are material and are likely to influence

Emergency 24's customers' and others' purchasing decisions or are likely to cause confusion or mistake.

45.     Upon information and belief, McAfee's false, deceptive, confusing and/or misleading statements and representations have been, and continue to be, willful.

46.     McAfee's actions and misrepresentations have caused, and continue to cause, damages to Emergency 24, in an amount to be determined at trial.  McAfee's actions and misrepresentations has caused irreparable injury to Emergency 24, and unless and until McAfee's continuing actions and misrepresentations are enjoined by this Court, Emergency 24 will continue to suffer irreparable injury because of McAfee's actions and misrepresentations.  Emergency 24 has no adequate remedy at law.

<u>**COUNT II**</u>
<u>**(Violation of Illinois Consumer Fraud and Deceptive Business Practices Act -**</u>
<u>**815 ILCS 505/1 et seq.)**</u>

47.     Emergency 24 hereby realleges and incorporates by reference each of the allegations set forth in Paragraphs 1 through 46, as though fully repeated herein.

48.     McAfee's knowingly false, deceptive, confusing and/or misleading statements and representations regarding Emergency 24's reputation, software products, services and/or websites appear on McAfee's SiteAdvisor.com website, which is available and accessed by the general public, including those persons located within the State of Illinois, as well as on the computer screens of anyone's computer that has downloaded McAfee SiteAdvisor software product onto their computer.

49.     McAfee's misrepresentations and false and misleading descriptions of facts to others regarding Emergency 24's reputation, goods and services are material and are likely to influence Emergency 24's customers' and others' purchasing decisions or are likely to cause confusion or mistake.

-13-

50.     McAfee's false, deceptive, confusing and/or misleading statements and/or representations involve trade practices that are directed to the market generally and its distribution and publication of false, deceptive, confusing and/or misleading statements to the public involve a consumer protection concern.

51.     Upon information and belief, McAfee's false, deceptive, confusing and/or misleading statements and representations have been, and continue to be, willful.

52.     McAfee has engaged in unlawful and unfair business practices and has conducted untrue, unfair, deceptive and misleading advertising which has injured, and threatens to continue to injure, the business, reputation and property of Emergency 24. Such commercial conduct on the part of McAfee amounts to deceptive business practices under 815 ILCS 505/1 et seq. and for which Emergency 24 is entitled to actual and punitive damages, an injunction, as well as its reasonable attorneys fees and costs.

53.     McAfee's actions and misrepresentations have caused, and continue to cause, damages to Emergency 24, in an amount to be determined at trial. McAfee's actions and misrepresentations has caused irreparable injury to Emergency 24, and unless and until McAfee's continuing actions and misrepresentations are enjoined by this Court, Emergency 24 will continue to suffer irreparable injury because of McAfee's actions and misrepresentations. Emergency 24 has no adequate remedy at law.

### COUNT III
### (Violation of Illinois Uniform Deceptive Trade Practices Act - 815 ILCS 510/1 et seq.)

54.     Plaintiff hereby realleges and incorporates by reference each of the allegations set forth in Paragraphs 1 through 53, as though fully repeated herein.

55.     McAfee has engaged in deceptive trade practices during the course of its business by disparaging the goods, services, reputation and business of Emergency 24 by making, displaying

and disseminating false, deceptive, confusing and/or misleading representations of fact regarding Emergency 24's reputation, products, websites, services and the company's business in general.

56.    McAfee has knowingly and willfully engaged in the false, deceptive, confusing and/or misleading representation of fact regarding Emergency 24's reputation, goods, services or business by making, displaying and disseminating such false, deceptive, confusing and/or misleading representations of fact with knowledge of their false, deceptive, confusing and/or misleading nature, and even after the false, deceptive, confusing and/or misleading nature of their statements were brought to their attention.

57.    McAfee's misrepresentations and false and misleading descriptions of facts to others regarding Emergency 24's reputation, goods and services are material and are likely to influence Emergency 24's customers' and others' purchasing decisions or are likely to cause confusion or mistake.

58.    Emergency 24 has been damaged or are likely to be damaged by McAfee's deceptive trade practices.

59.    Such commercial conduct on the part of McAfee amounts to willful deceptive trade practices under 815 Illinois Compiled Statutes 510, §§1 et seq. and for which Emergency 24 is entitled to injunctive relief, as well as costs and attorneys' fees under 815 ILCS 510/3 of the Illinois Compiled Statutes.

60.    McAfee's actions and misrepresentations have caused, and continue to cause, damages to Emergency 24, in an amount to be determined at trial.  McAfee's actions and misrepresentations has caused irreparable injury to Emergency 24, and unless and until McAfee's continuing actions and misrepresentations are enjoined by this Court, Emergency 24 will continue

to suffer irreparable injury because of McAfee's actions and misrepresentations.  Emergency 24 has no adequate remedy at law.

## COUNT IV
### (Business Defamation)

61.     Plaintiffs hereby realleges and incorporates by reference each of the allegations set forth in Paragraphs 1 through 60, as though fully repeated herein.

62.     McAfee's false, deceptive, confusing and/or misleading red ratings and the false, deceptive, confusing and/or misleading written statements of fact made and/or posted on its SiteAdvisor.com website have impeached the integrity and reputation of Emergency 24, thereby damaging Emergency 24's business reputation and have deterred third parties from dealing with the Emergency 24 because of McAfee's false, deceptive, confusing and/or misleading statements.

63.     McAfee's false, deceptive, confusing and/or misleading statements are defamatory per se and damaging to Emergency 24.

64.     Such commercial conduct on the part of McAfee amounts to willful business defamation under Illinois common law and for which Plaintiff is entitled to actual and/or compensatory damages and injunctive relief.

65.     McAfee's actions and misrepresentations have caused, and continue to cause, damages to Emergency 24, in an amount to be determined at trial.  McAfee's actions and misrepresentations has caused irreparable injury to Emergency 24, and unless and until McAfee's continuing actions and misrepresentations are enjoined by this Court, Emergency 24 will continue to suffer irreparable injury because of McAfee's actions and misrepresentations.  Emergency 24 has no adequate remedy at law.

## COUNT V
### (Trade Disparagement)

66.     Plaintiff hereby realleges and incorporates by reference each of the allegations set forth in Paragraphs 1 through 65, as though fully repeated herein.

67.     McAfee's false, deceptive, confusing and/or misleading red ratings and the false, deceptive, confusing and/or misleading statements and representations of fact made and/or posted on its SiteAdvisor.com website have impugned the goods and/or services offered by Emergency 24.

68.     McAfee's false, deceptive, confusing and/or misleading statements are defamatory per se and have disparaged Emergency 24's business reputation, and goods and services.

69.     Such commercial conduct on the part of McAfee amounts to willful trade disparagement under Illinois common law and for which Emergency 24 is entitled to damages and injunctive relief.

70.     McAfee's actions and misrepresentations have caused, and continue to cause, damages to Emergency 24, in an amount to be determined at trial.  McAfee's actions and misrepresentations has caused irreparable injury to Emergency 24, and unless and until McAfee's continuing actions and misrepresentations are enjoined by this Court, Emergency 24 will continue to suffer irreparable injury because of McAfee's actions and misrepresentations.  Emergency 24 has no adequate remedy at law.

## COUNT VI
### (Common Law Unfair Competition)

71.     Plaintiff hereby realleges and incorporates by reference each of the allegations set forth in Paragraphs 1 through 36, as though fully repeated herein.

72.     McAfee has misrepresented and falsely and misleadingly described, in commerce and through commercial communications, the nature, characteristics, properties and qualities of Emergency 24's reputation, goods and services to others.

-17-

73.     McAfee's misrepresentations and false and misleading descriptions of facts to others regarding Emergency 24's reputation, goods and services are material and are likely to influence Emergency 24's customers' purchasing decisions or are likely to cause confusion or mistake.

74.     McAfee's misrepresentations and false and misleading descriptions of facts to others relating to Emergency 24's reputation, goods and services constitute unfair competition under the common laws of the State of Illinois.

75.     McAfee's actions and misrepresentations have caused, and continue to cause, damages to Emergency 24, in an amount to be determined at trial.  McAfee's actions and misrepresentations has caused irreparable injury to Emergency 24, and unless and until McAfee's continuing actions and misrepresentations are enjoined by this Court, Emergency 24 will continue to suffer irreparable injury because of McAfee's actions and misrepresentations.  Emergency 24 has no adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Emergency Twenty Four, Inc. respectfully requests that this Court enter a judgment against McAfee, Inc. as follows:

A.     declaring that McAfee's statements and representations regarding Emergency 24's reputation, business, goods and/or services as being a security threat or otherwise harmful or potentially unsafe are false, deceptive, confusing and/or misleading;

B.     ordering McAfee to remove all statements and representations regarding Emergency 24's reputation, business, goods and/or services as being a security threat or otherwise harmful or potentially unsafe from all services, products, and/or websites owned and/or operated by McAfee;

C.     ordering McAfee to change its ratings of Emergency 24's reputation, business, goods and/or services from all services, products, and/or websites owned and/or operated by McAfee to a "green rating";

D.     preliminarily and permanently enjoining McAfee from:

a.     making or publishing false, deceptive, confusing and/or misleading statements about Emergency 24 and its reputation, software products and services; and

        b.      mischaracterizing or disparaging Emergency 24, Inc. or its reputation, software or websites.

    E.      granting an injunction requiring McAfee, Inc. and all others acting in privity with it, or in concert with it, to:

        a.      Designate Emergency 24's BrowserAccelerator.com, ValidatedSite.com, InternetSupervision.com and  Ranking.com websites with a green rating as long as those sites continue to function and have the same general attributes as they currently possess;

        b.      Provide definitions on its SiteAdvisor.com website that explain what its green, yellow and red ratings mean;

        c.      Provide explanations on its SiteAdvisor.com website that detail all of the criteria that is used in determining its green, yellow and red ratings and how those factors are weighted; and

        d.      Provide different classifications for harmless but potentially unwanted programs, trackware, adware, spyware, viruses and other harmful programs such that programs that are not truly harmful, are not placed in the same category as harmful software thereby misleading the public as to the characteristics of the subject software or website.

    F.      require McAfee SiteAdvisor to remove from its website any third-party reviews that contain false or misleading information once the false or misleading nature of the comment has been called to its attention and demonstrated to be false;

    G.      grant an award to Emergency 24, pursuant to 15 U.S.C. §1117(a), of its actual damages, based on an accounting of McAfee's profits, to compensate Emergency 24 for the harm and damage resulting from McAfee, Inc.'s acts complained of herein;

    H.      ordering McAfee to pay Emergency 24 the damages that it has incurred as a result of the acts complained of herein, including, but not limited to, an award to Emergency 24 of its lost profits, sales and reputational harm as a result of the acts complained of herein;

    I.      ordering McAfee to pay Emergency 24 its interest, costs and expenses of this action, and its reasonable attorneys' fees, as a result of the acts complained of herein; and

    J.      awarding Emergency 24 any other relief that this Court deems just and fit.

## **JURY DEMAND**

    Pursuant to Fed. R. Civ. P. 38(b), Emergency Twenty Four, Inc. demands a trial by jury of

all issues triable of right by a jury.

DATED:  August 25, 2008

Respectfully submitted,

EMERGENCY TWENTY FOUR, INC.

By:     s/ Joseph R. Lanser
                    One of Its Attorneys

Attorneys for Plaintiff:

Joseph R. Lanser
Jeffrey P. Swatzell
SEYFARTH SHAW LLP
131 South Dearborn Street, 24th Floor
Chicago, Illinois  60603-5577
Telephone: 312-460-5000
Facsimile: 312-460-7000
Email: jlanser@seyfarth.com

Of Counsel:

Nicole M. Meyer, Esquire
Samuel D. Littlepage, Esquire
DICKINSON WRIGHT PLLC
1901 "L" Street, N.W., Suite 800
Washington, D.C. 20036-3506
Telephone:    (202) 457-0160
Facsimile:    (202) 659-1559
Email:  nmeyer@dickinsonwright.com

-20-

# EXHIBIT

# A

```
08CV4830
JUDGE LEFKOW
MAGISTRATE JUDGE NOLAN
YM
```

When starting the installation process, user sees the following:



Use must select the "I accept the terms in the License Agreement" check box before "Next >" button becomes enabled.



After clicking the Next> button, user sees the following screen:



Use must check the "I understand and want to install BrowserAccelerator" before, the "Install" button becomes enabled.



# BELOW IS THE CURRENT EULA FROM WITHIN THE BROWSERACCELERATOR INSTALLER APPLICATION

**WHAT IS THE PURPOSE OF BROWSER ACCELERATOR?**

BROWSER ACCELERATOR IS A TOOLBAR THAT PROVIDES VARIOUS SERVICES TO ITS USERS WHILE COLLECTING DATA FROM THOSE USERS REGARDING THE WEBSITES THEY VISIT. THE

"RAW" WEBSITE DATA GATHERED BY BROWSER ACCELERATOR IS ANALYZED TO DETERMINE WHICH WEBSITES WERE VISITED MOST OFTEN. ONCE A MONTH, THE DATA IS AGGREGATED AND GIVEN TO THE WEBSITE "RANKING.COM" FOR USE IN RATING HOW POPULAR A WEBSITE IS. RANKING.COM ONLY USES THE DATA TO DETERMINE THE AMOUNT OF TRAFFIC TO A PARTICULAR WEBSITE. ONCE AGGREGATED, ALL PERSONAL WEBSITE USAGE OR INFORMATION IS DESTROYED. BROWSER ACCELERATOR DOES **NOT** SPEED-UP YOUR BROWSER. IT MAY INCREASE THE EFFICIENCY OF YOUR INTERNET EXPERIENCE AND REDUCE THE TIME IT TAKES TO RETRIEVE INFORMATION BY PROVIDING YOU WITH VARIOUS TOOLS AND DATA.

READ THE FOLLOWING PRIVACY POLICY AND TERMS OF USE AGREEMENT CAREFULLY BEFORE DOWNLOADING AND INSTALLING THE BROWSER ACCELERATOR TOOLBAR. IF YOU DOWNLOAD AND INSTALL THIS SOFTWARE, YOU WILL BE BOUND BY THE TERMS OF THIS AGREEMENT AND YOU AKNOWLEDGE THAT YOU READ AND UNDERSTAND THE PRIVACY POLICY.

## PRIVACY POLICY

**WHAT INFORMATION DOES BROWSER ACCELERATOR WANT TO COLLECT?**

BROWSER ACCLELERATOR SOFTWARE GATHERS AND STORES INFORMATION ABOUT THE WEB PAGES YOUR BROWSER VIEWS, INCLUDING BUT NOT LIMITED TO: THE DATE AND TIME; YOUR BROWSER INFORMATION; YOUR UNIQUE BROWSER ACCELERATOR IDENTIFIER; THE URL OF THE WEB PAGE YOU VISITED; THE DURATION OF TIME SPENT ON EACH URL; THE IP ADDRESS THAT YOUR INTERNET SERVICE PROVIDER PROVIDED FOR YOU; AND THE SEARCH FIELD ENTRIES. All of this information for each web page visited is stored in a single string of data in date/time order.

**DOES BROWSER ACCELERATOR COLLECT ANY OTHER OF MY INFORMATION?**

BROWSER ACCERLERATOR MAY COLLECT ANY UNSECURE INFORMATION YOU ENTER ON THE WEB PAGE. PERSONALLY IDENTIFIABLE INFORMATION MAY BE INADVERTENTLY GATHERED WHILE YOU ARE VISITING "UNSECURE" (i.e. not HTTPS) WEBSITES.

**HOW COULD BROWSER ACCELERATOR "INADVERTENTLY" GATHER MY PERSONAL INFORMATION?**

Browser Accelerator collects all the URL information of the web sites you visit. You may be on a trusted website when you enter personally identifiable information. That website may incorporate some or all of the information you submit into the URL (usually as parameters after the "?") for the next page at which you arrive. Browser Accelerator captures that URL. Browser Accelerator cannot control how third-party websites incorporate your information into their URLs. Browser Accelerator does NOT analyze the data strings to mine personally identifiable information.

**WHAT DOES BROSWER ACCELERATOR DO WITH MY PERSONALLY IDENTIFYABLE INFORMATION?**

All personally identifiable information that is collected is periodically purged from the database and is never used to identify you individually.

**HOW DOES BROWSER ACCELERATOR COLLECT INFORMATION?**

We employ various methods for collecting information. We use "cookies" that are needed to compile aggregate non-personally identifiable information about the visitors to our web site. We ask you to voluntarily give us demographic information. This may include but is not limited to: email, age, gender, zip code, country, level of education, and household income. We do not assimilate the information in any other way to attempt to identify you individually.

**HOW DOES BROWSER ACCELERATOR IDENTIFY YOU?**

When you download our software, we transmit a unique series of numbers, letters, or characters and store this unique identifier inside your computer's registry under the "HKEY_CURRENT_USER\Software\BrowserAccelerator" key.  This unique toolbar identifier enables Browser Accelerator servers to recognize and identify your computer when you are browsing the Internet. This unique toolbar identifier is required for Browser Accelerator to work and cannot be disabled.

**WHEN DOES BROWSER ACCELERATOR SHARE INFORMATION THAT IT COLLECTS?**

Browser Accelerator does not try to determine the identity of its users or attach their voluntarily provided information with their web usage data. Other than the following described services, Browser Accelerator does not intentionally pass along user information.

When you perform a search using the BrowserAccelerator search-box, you often will be sent to 7MetaSearch.com. BrowserAccelerator transmits your original search term, unique BrowserAccelerator identifier, and IP address to 7MetaSearch.com (an affiliated site).

If you write a Review on the TrustGauge website, the content you submit on the Review form, the URL that you reviewed, and your chosen public nickname often are transmitted to TrustGauge.com and logged at TrustGauge.com (an affiliated site).

When you perform a speed-test, you will be sent to FreeSpeedTest.com. BrowserAccelerator transmits your unique BrowserAccelerator identifier and IP address to FreeSpeedTest.com (an affiliated site).

**WHO INTERNALLY HAS ACCESS TO THE DATA GATHERED?**

Browser Accelerator does employ people in software development and technical areas who may have access to database information to perform their duties. These individuals have gone through rigorous background checks prior to hiring and are intermittently reinvestigated.  Individually, they have agreed not to use any data for purposes other than what Browser Accelerator intends.

**WOULD ANY EXTERNAL PERSON OR ENTITY HAVE ACCESS TO DATABASE INFORMATION?**

Browser Accelerator would cooperate and provide information if required by court order or subpoena.

**HOW ELSE DOES BROWSER ACCELERATOR PROTECT DATA?**

Browser Accelerator employs what is considered to be "Commercially Reasonable Security Safeguards" to protect its network, servers and database against unauthorized access, loss of information, or the inadvertent disclosure of data.

**WHAT WOULD HAPPEN TO MY DATA IF YOU WERE SOLD OR MERGED INTO ANOTHER ORGANIZATION?**

If Browser Accelerator was sold or its assets transferred otherwise, the information collected would be transferred to the acquiring party.  The database information gathered would remain subject to any terms and conditions in place prior to purchase or transfer.

# <u>TERMS OF USE</u>

IT IS IN YOUR BEST INTEREST TO READ THE TERMS OF USE AND ACCOMPANYING LICENSING AGREEMENT VERY CAREFULLY PRIOR TO DOWNLOADING AND USING THE BROWSER ACCELERATOR SOFTWARE. ONCE YOU DOWNLOAD THE BROWSER ACCELERATOR SOFTWARE, YOU WILL BE OBLIGATED BY THESE TERMS AND THE ACCOMPANYING LICENSING AGREEMENT.

This Software License Agreement ("Agreement") for the Browser Accelerator™ Service ("Software") is presented to you by Emergency Twenty Four, Inc. ("EM24"), and is your sole evidence of a licensing agreement between you and EM24. This Software and the following Agreement are only offered to individuals above the age of 18. If you are not 18 or older you must immediately cancel the installation and hit the back button on your browser and exit this site.

EM24 offers free downloadable Software that collects data and other information based on the web pages that the user of the Software visits. EM24 then uses this information to supply statistics to Ranking.com and Trafficranking.com (EM24 owned and operated web sites) subscribers. Based on the web pages you visit we speculate as to the amount of traffic/popularity a particular site has and supply those results to the Ranking.com and Trafficranking.com subscribers.

The Software is stored in your browser under the "lightning bolt" logo. When visiting a web page, the user clicks on the logo containing the data and information that is used to generate our one-click-site-detail reports is then displayed. These reports give various details about the web pages being visited, including but not limited to: The number of unique IP addresses or web traffic visiting the web page, the name of the entity running the web page, and administrative contact information.

GRANT AND TERMS OF LICENSE

Subject to your compliance with the terms and conditions of this Agreement, the EM24 grants to you a personal, nonexclusive, nontransferable, nonassignable right to download, install and use the Software and receive the corresponding information solely for your lawful personal use as permitted under this Agreement. EM24 considers the proprietary Software to be a copyrighted work. All logos, trademarks, and servicemarks including the Browser Accelerator™ and "lighting bolt" button are all the exclusive intellectual property of EM24. The Software may be installed only on (a) computers controlled by you, or (b) a network server allowing only you and other persons who have agreed to the terms and conditions of this Agreement to access the Software and the corresponding information. For illustrative purposes only and not to limit the foregoing, you may not modify, copy, reverse engineer, distribute, or decompile the Software. Additionally, you make one copy of the Software solely for backup purposes only. All rights not previously granted to you are hereby reserved by EM24. This Agreement and the license granted in it shall continue until EM24 announces its termination, and will terminate automatically if you fail to comply with the limitations described in this Agreement. Upon any termination, or if you should give up your personal use and control of the computers on which the Software is installed, you agree to destroy all copies of the Software and any related materials in any form.

CHILDREN'S ONLINE PRIVACY PROTECTION ACT (COPPA)

The Children's Online Privacy Protection Act (COPPA) of 1998 provides safeguards to protect children who use the Internet by regulating the online collection of personal information from children under the age of 13. Because of these safeguards, children under 13 are not able to download this Software or use any accompanying services that EM24 provides. EM24 has taken COPPA one-step further by not allowing anyone under the age of 18 to download this Software or use any related services offered by EM24. Please take note that the Software that EM24 is providing is not directed at children as defined under the Act, but instead, is offered to a general audience. Should EM24 learn that a child as defined under the Act, has been able to download this Software, EM24 will take every reasonable effort to expunge any personally identifiable information that may have been inadvertently collected regarding that child, and immediately try and locate the child's parents/guardians to inform them of the child's Internet related activities.

OTHER OBLIGATIONS AND RESTRICTIONS

By accepting this Agreement, you are stipulating that you met, and as long as you use the Software, will continue to meet the terms and conditions described herein and

accept full responsibility that your use of the Software does not constitute a violation of any rules or laws that you may be subjected to.

WARRANTY DISCLAIMER

YOU EXPRESSLY ACKNOWLEDGE AND AGREE THAT YOUR USE OF THE SOFTWARE IS PROVIDED TO YOU BY EM24 ON AN "AS IS" AND "AS AVAILABLE BASIS", WITHOUT ANY

WARRANITES OF ANY KIND, EXPRESS OR IMPLIED. YOU FURTHER AGREE THAT USE OF THIS SOFTWARE IS AT YOUR OWN RISK. DUE TO THE NUMBER OF SOURCES FROM WHICH INFORMATION CONTAINED IN OUR SOFTWARE RELATED REPORTS COMES FROM AND THE INHERENT HAZARDS OF ELECTRONIC DISTRIBUTION, THERE MAY BE DELAYS, OMMISSIONS, OR INACCURACIES IN THE INFORMATION CONTAINED IN OUR REPORTS, AND YOU ACKNOWLEDGE THIS AND ASSUME ALL SUCH RISKS. EM24 AND ITS RESPECTIVE AFFILIATES, AGENTS, LICENSEES AND LICENSORS DO HEREBY DISCLAIM ANY EXPRESS OR IMPLIED WARRANTIES INCLUDING BUT NOT LIMITED TO, WARRANITES OF MERCHANTIBILITY OR FITNESS FOR A PARTICULAR PURPOSE. WITHOUT LIMITING THE FOREGOING, NEITHER EM24 NOR ANY OF ITS AFFILIATES, AGENTS, LICENCEES, OR LICENSORS WARRANTS THAT THE SOFTARE OR INFORMATION CONTAINED THEREIN IS ACCURATE, COMPLETE, NONINFRINGING, CURRENT, ERROR-FREE, OR OPERATIONAL, THAT THE SOFTWARE WILL BE UNINTERRUPTED, ACCESSIBLE, SECURE, FREE FROM VIRUSES, WORMS, TROJAN HORSES, OR OTHER HARMFUL THINGS.

LIABILITY DISCLAIMER

EM24, NOR ITS AFFILIATES, AGENTS, LICENSEES, OR LICENSORS SHALL BE LIABLE TO YOU OR ANYONE ELSE FOR ANY OF THE FOLLOWING, INCLUDING BUT NOT LIMITED TO, ANY INACCURACY, ERROR OR OMISSION IN, OR LOSS, INJURY OR DAMAGE CAUSED IN WHOLE OR PART BY, OR FAILURES, DELAYS OR INTERRUPTIONS OF THE SOFTWARE, OR THE INFORMATION CONTAINED THEREIN; ANY CONSEQUENTIAL, INCIDENTAL, DIRECT, INDIRECT OR SPECIAL DAMAGES, SUFFERED BY YOU OR ANYONE ELSE, INCLUDING BUT NOT LIMITED TO ANY LOST PROFITS OR TRADING LOSSES ARISING OUT OF OR RELATING TO THE USE OR INABILITY TO USE THE SOFTWARE OR THE INFORMATION CONTAINED THEREIN OR ANY DECISION MADE OR ACTION TAKEN BY YOU IN RELIANCE ON INFORMATION, THE ENTIRE RISK AS TO THE QUALITY AND PERFORMANCE OF THE SOFTWARE

SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF CERTAIN WARRANTIES OR INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATIONS OR EXCLUSIONS MAY NOT APPLY TO YOU.

CHANGES TO THIS AGREEMENT

EM24 shall have the right to change the terms and conditions of this Agreement at any time in its sole discretion. Any Such changes shall become effective after notice is posted of such changes on the Browser Accelerator™ website. You are fully and unconditionally responsible for reviewing the notices posted on the Browser Accelerator™ website and any changes that EM24 may make. Your continued use of the Software following such changes will constitute your acceptance of the new terms or changes to this Agreement.

FORUM SELECTION

The applicable laws of the State of Illinois, County of Cook, shall govern this Agreement and you hereby agree to the exclusive jurisdiction of the courts both federal and state sitting in Cook County, Illinois.

MERGER CLAUSE

This Agreement constitutes the entire agreement between all the applicable parties and supersedes and negates all prior or contemporaneous communications or advertising with respect to the Software or the corresponding information contained therein.

SEVERABILITY

If any provision of this Agreement is held unenforceable, void, or unlawful for any reason, that provision shall be deemed severed from this Agreement and shall not affect the intent and validity of the other provisions in this Agreement.

DEFINITIONS

URL: A URL (uniform resource locator) is the entire Web address of a page or document you view when browsing the Internet

IP Address: An IP address (internet protocol) is a group of numbers that is systematically assigned to your computer every time you connect to the Internet. Each time you access a web page or file on the Internet, your IP address is given to the host of that web page or file.

Cookies: A cookie is a file containing data such as characters, numbers, or letters and information concerning the web pages you have visited that is stored on the hard drive of your computer, in order to identify your computer during your use of the Browser Accelerator™ software.

One-click-site-details: One-click-site-details is the page displayed on your screen generated by the Browser Accelerator™ button and corresponding software, that provides specific details about web pages you are visiting, information about related web pages that may be of interest, and marketing information about highlighted key words.

Aggregate Data: Aggregate Data is non-identifiable information from you and other users that tell us a story about the usage of the Internet in general, for example, that X% of clients from a specific zip code visited a certain site.

Personally Identifiable Information: Personally Identifiable information is individually identifiable information such as a first and last name, a home or other physical address including street name and city or town, an e-mail address, a telephone number, or a Social Security number.

Browser Accelerator Unique Identifier: A unique series of numbers, letters, or characters that are stored inside your computer's registry under the "HKEY_CURRENT_USER\Software\BrowserAccelerator" key. This unique toolbar identifier enables Browser Accelerator servers to recognize and identify your computer when you are browsing the Internet

08CV4830
JUDGE LEFKOW
MAGISTRATE JUDGE NOLAN
YM

# EXHIBIT

# B

Privacy policy  |  Terms of service  |  Contact us  |  **McAfee** Home





Look up a site report: [ Enter a site address (e.g. yahoo.com) ]  Go

HOME     DOWNLOAD     ANALYSIS     SUPPORT     BLOG     ABOUT US

## McAfee SiteAdvisor Terms of Service

### The really big picture:

1. Our goal is to help you stay safe online by testing everything on the web and reporting our test results on our Web Site and through our software. We are testing primarily for safety, security, and online nuisances, not for potentially offensive content. So please don't misconstrue our 'green' safety ratings as an endorsement of a Web site's specific content or general subject matter, or as a general quality rating of the Web site.

2. We encourage open feedback from our users and the owners of the Web sites we test, and we will post feedback with little screening other than for profanity. Basically, if you wouldn't say it to your grandmother, please don't post it publicly on our Web Site.

3. Our safety ratings and recommendations are guidelines based on our documented test results, but not guarantees of what will happen in every situation when you browse a website, download a file, or provide signup information online.

### Introduction

This page states the Terms and Conditions under which you may use www.siteadvisor.com (the "Web Site"), which is property of McAfee, Inc. ("McAfee"). Please read this page carefully. If you do not accept these Terms and Conditions, do not use the Web Site. Additional terms apply to the use of our software, and are disclosed in an End User License Agreement distributed with each of our software products. We may revise these Terms and Conditions at any time by posting an update to this page. You should visit this page periodically, because your continued use of the Web Site following the posting of changes to these Terms and Conditions will mean you accept those changes.

### Description of Service

We test websites, downloadable programs, and registration/signup forms using a variety of automated and manual techniques, in order to help Internet users make more informed decisions about where they search, browse, and transact online. The results of our tests are reported in various summary and detailed formats on the Web Site and via the company's software products.

### Content Linked to by SiteAdvisor

Our objective is to test all publicly available websites without limiting or excluding sites based on specific content, general subject matter, or functionality. The sites which we test are developed by external companies over whom we exercise no control. Our test results are developed primarily by automated machinery and computers. We may conduct, but do not guarantee or accept requests for, additional manual screening of particular sites to add to or clarify the results of automated testing. Portions of our software may display the results of our test results as users search for sites or browse the Internet. Our ratings adjacent to search results or a particular site are not to be construed as a guarantee of any particular site's specific practices or trustworthiness, and in no case represents an endorsement by McAfee, Inc., its affiliates and subsidiaries of the site's specific content, general subject matter, overall quality or usefulness. Our software may display our test results adjacent to websites which some people find objectionable, inappropriate, or offensive. We assume no responsibility for the content of any site we test, listed on the Web Site or referenced by our software.

### Personal Use Only

The Web Site is made available for your personal, non-commercial use only. You may not use the Web Site or our software to sell a product or service, or to increase traffic to your web site for commercial reasons, such as advertising sales. You may not "scrape" the Web Site. You may not take our test results and reformat and display them, or mirror home page or results pages on your web site. If you want to make commercial use of our services, you must enter

into a separate agreement with us to do so in advance.

## Our Intellectual Property

All Web Site materials including, but not limited to, the McAfee and SiteAdvisor logos, design, text, graphics, sounds, images and other material, and the selection and arrangement thereof (the "Materials") are copyrighted by McAfee and its licensors and vendors, and are protected by United States and foreign intellectual property laws. Except as stated herein, none of the Materials may be copied, reproduced, or distributed in any form without the prior written permission of McAfee. Permission is granted to display, copy, and download the Materials on this website for personal, non-commercial and informational use only provided that you may not (a) modify the Materials or (b) remove or alter any copyright or other proprietary notices contained in the Materials.

You may not use, frame or utilize framing techniques to enclose any McAfee or SiteAdvisor trademark, logo or other proprietary information (including the images found at this website, the content of any text or the layout/design of any page or form contained on a page) without McAfee.s express written consent. Further, you may not use any meta tags or any other "hidden text" utilizing a McAfee or SiteAdvisor name, trademark or product name without McAfee's express written consent.

McAfee makes no claims that the Materials may be lawfully viewed or downloaded outside of the United States. Access to the Materials may not be legal by certain persons or in certain countries. If you access the Web Site from outside of the United States, you do so at your own risk and are responsible for compliance with the laws of your jurisdiction.

## Privacy Policy

Click here to review our Privacy Policy.

## User Conduct

You agree to not use the Web Site to:

1. post any content that is unlawful, harassing, defamatory, obscene, libelous, invasive of another's privacy, or racially, ethnically or otherwise objectionable;

2. impersonate any person or entity, including, but not limited to, a McAfee employee, forum leader, or falsely state or otherwise misrepresent your affiliation with a person or entity;

3. post any content that infringes any patent, trademark, trade secret, copyright or other proprietary rights of any party;

4. post or otherwise make available any unsolicited or unauthorized advertising or promotional materials;

5. interfere with or, disrupt the Web site or violate the security of the Web Site or servers or networks connected to SiteAdvisor;

6. use the Web Site to violate the security of other Web sites by any method.

You acknowledge that we shall have the right (but not the obligation) in its sole discretion to pre-screen, refuse, or move any content that is submitted to the Web Site. You agree that you must evaluate, and bear all risks associated with, the use of any content, including any reliance on the accuracy, completeness, or usefulness of such content.

You acknowledge that we shall have the right to terminate your access to the Web Site for violations of any of these rules, including repeat infringement of copyrights.

## User Submissions

You acknowledge and agree that you are solely responsible for the form, content and accuracy of any material placed by you on the Web Site.

If you submit comments or other content to the Web Site, we may make use of your submission, including showing your submission to other users who might benefit from your submission. As such, we need broad rights in the content you submit to the Web Site. The following paragraph describes these rights.

By submitting content to the Web Site, you grant McAfee and its subsidiaries and affiliates the royalty-free, perpetual, irrevocable, non-exclusive right and license (including a waiver of any

moral rights) to use, reproduce, modify, adapt, publish, translate, create derivative works from, distribute, communicate to the public, perform and display the content (in whole or in part) worldwide and/or to incorporate it in other works in any form, media, or technology now known or later developed, for the full term of any rights that may exist in such content. You also warrant that the holder of any rights, including moral rights in such content, has completely and effectively waived all such rights and validly and irrevocably granted to you the right to grant the license stated above. You also permit any user of the Web Site to access, display, view, store and reproduce such content for personal use. Subject to the foregoing, the owner of such content placed on the Web Site retains any and all rights that may exist in such content.

## Changes In Terms and Conditions

We may modify or terminate our services from time to time, for any reason, and without notice and without liability to you. We reserve the right to modify these Terms of Service from time to time without notice. You should visit this page periodically, because your continued use of the Web Site following the posting of changes to these Terms and Conditions will mean you accept those changes.

## Disclaimer of Warranties

MCAFEE DISCLAIMS ANY AND ALL RESPONSIBILITY OR LIABILITY FOR THE ACCURACY, CONTENT, COMPLETENESS, LEGALITY, RELIABILITY, OR OPERABILITY OR AVAILABILITY OF INFORMATION OR MATERIAL DISPLAYED ON THE WEBSITE OR SOFTWARE. MCAFEE DISCLAIMS ANY RESPONSIBILITY FOR INFORMATION DEEMED INACCURATE OR INCOMPLETE. MCAFEE DISCLAIMS ANY RESPONSIBILITY FOR ANY HARM RESULTING FROM DOWNLOADING OR ACCESSING ANY INFORMATION OR MATERIAL ON THE INTERNET USING THE WEBSITE OR SOFTWARE.

THE WEBSITE AND SOFTWARE ARE PROVIDED "AS IS," WITH NO WARRANTIES WHATSOEVER. MCAFEE AND ITS LICENSORS EXPRESSLY DISCLAIM TO THE FULLEST EXTENT PERMITTED BY LAW ALL EXPRESS, IMPLIED, AND STATUTORY WARRANTIES, INCLUDING, WITHOUT LIMITATION, THE WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, AND NON-INFRINGEMENT OF PROPRIETARY RIGHTS. MCAFEE, ITS AFFILIATES, SUBSIDIARIES AND LICENSORS DISCLAIM ANY WARRANTIES REGARDING THE SECURITY, RELIABILITY, TIMELINESS, AND PERFORMANCE OF THE COMPANY'S WEBSITE AND SOFTWARE. MCAFEE, ITS AFFILIATES, SUBSIDIARIES AND LICENSORS DISCLAIM ANY WARRANTIES FOR ANY INFORMATION OR ADVICE OBTAINED THROUGH THE WEBSITE OR SOFTWARE.

MCAFEE DOES NOT WARRANT THAT THE WEB SITE WILL OPERATE ERROR-FREE OR THAT THE WEB SITE OR ITS SERVER ARE FREE OF COMPUTER VIRUSES OR OTHER HARMFUL MECHANISMS. YOU UNDERSTAND AND AGREE THAT YOU DOWNLOAD OR OTHERWISE OBTAIN MATERIAL OR DATA THROUGH THE USE OF THE WEBSITE OR SOFTWARE AT YOUR OWN DISCRETION AND RISK AND THAT YOU WILL BE SOLELY RESPONSIBLE FOR ANY DAMAGES TO YOUR COMPUTER SYSTEM OR LOSS OF DATA THAT RESULTS FROM THE DOWNLOAD OF SUCH MATERIAL OR DATA. IF YOUR USE OF THE WEB SITE OR THE MATERIAL RESULTS IN THE NEED FOR SERVICING OR REPLACEMENT OF EQUIPMENT OR DATA, MCAFEE, ITS AFFILIATES, AND SUBSIDIARIES ARE NOT RESPONSIBLE FOR THOSE COSTS.

Some states or other jurisdictions do not allow the exclusion of implied warranties, so the above exclusions may not apply to you. You may also have other rights that vary from state to state and jurisdiction to jurisdiction.

## Limitation of liability

UNDER NO CIRCUMSTANCES SHALL MCAFEE, ITS AFFILIATES, SUBSIDIARIES OR LICENSORS BE LIABLE TO ANY USER FOR ANY DAMAGES WHATSOEVER (INCLUDING, WITHOUT LIMITATION, INCIDENTAL, RELIANCE OR CONSEQUENTIAL DAMAGES, LOST PROFITS, OR DAMAGES RESULTING FROM LOST DATA OR BUSINESS INTERRUPTION) ON ACCOUNT OF THAT USER'S USE OR MISUSE OF OR RELIANCE ON THE WEBSITE OR SOFTWARE. SUCH LIMITATION OF LIABILITY SHALL APPLY TO PREVENT RECOVERY OF DIRECT, INDIRECT, INCIDENTAL, CONSEQUENTIAL, SPECIAL, EXEMPLARY, AND PUNITIVE DAMAGES ARISING FROM ANY CLAIM RELATING TO THIS AGREEMENT OR THE SUBJECT MATTER HEREOF SUCH LIMITATION OF LIABILITY

SHALL APPLY TO PREVENT RECOVERY OF DIRECT, INDIRECT, INCIDENTAL, CONSEQUENTIAL, SPECIAL, EXEMPLARY, AND PUNITIVE DAMAGES; WHETHER SUCH CLAIM IS BASED ON WARRANTY, CONTRACT, TORT (INCLUDING NEGLIGENCE), OR OTHERWISEANY OTHER LEGAL THEORY, (EVEN IF MCAFEE, ITS AFFILIATES, SUBSIDIARIES OR LICENSORS HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES). SUCH LIMITATION OF LIABILITY SHALL APPLY WHETHER THE DAMAGES ARISE FROM USE OR MISUSE OF AND RELIANCE ON THE WEBSITE OR SOFTWARE, FROM INABILITY TO USE THE WEBSITE OR SOFTWARE, OR FROM THE INTERRUPTION, SUSPENSION, OR TERMINATION OF THE WEBSITE OR SOFTWARE (INCLUDING SUCH DAMAGES INCURRED BY THIRD PARTIES). THIS LIMITATION SHALL ALSO APPLY WITH RESPECT TO DAMAGES INCURRED BY REASON OF OTHER SERVICES OR GOODS RECEIVED THROUGH OR ADVERTISED ON THE WEBSITE OR RECEIVED THROUGH ANY LINKS PROVIDED ON THE WEBSITE OR COMMUNICATIONS TO USERS, AS WELL AS BY REASON OF ANY INFORMATION OR ADVICE RECEIVED THROUGH OR ADVERTISED ON THE WEBSITE OR SOFTWARE OR RECEIVED THROUGH ANY LINKS PROVIDED BY MCAFEE.S COMMUNICATIONS TO USERS. THIS LIMITATION SHALL ALSO APPLY, WITHOUT LIMITATION, TO THE COSTS OF PROCUREMENT OF SUBSTITUTE GOODS OR SERVICES, LOST PROFITS, OR LOST DATA. SUCH LIMITATION SHALL FURTHER APPLY WITH RESPECT TO THE PERFORMANCE OR NON-PERFORMANCE OF THE WEBSITE OR SOFTWARE OR ANY INFORMATION OR MERCHANDISE THAT APPEARS ON, OR IS LINKED OR RELATED IN ANY WAY TO, THE WEBSITE OR SOFTWARE. SUCH LIMITATION SHALL APPLY NOTWITHSTANDING ANY FAILURE OF ESSENTIAL PURPOSE OF ANY LIMITED REMEDY AND TO THE FULLEST EXTENT PERMITTED BY LAW.

Some states or other jurisdictions do not allow the exclusion or limitation of liability for incidental or consequential damages, so the above limitations and exclusions may not apply to you.

Without limiting the foregoing, under no circumstances shall McAfee, its affiliates, subsidiaries or licensors be held liable for any delay or failure in performance resulting directly or indirectly from acts of nature, forces, or causes beyond its reasonable control, including, without limitation, Internet failures, computer equipment failures, telecommunication equipment failures, other equipment failures, electrical power failures, strikes, labor disputes, riots, insurrections, civil disturbances, shortages of labor or materials, fires, floods, storms, explosions, acts of God, war, governmental actions, orders of domestic or foreign courts or tribunals, non-performance of third parties, or loss of or fluctuations in heat, light, or air conditioning.

## Miscellaneous Provisions

These Terms of Service and all claims related to them, their execution or the performance of the parties under them, shall be governed by and construed in accordance with the laws of the State of New York, without giving effect to its conflict of laws provisions or your actual state or country of residence, and shall not be governed by the provisions of the United Nations Convention on Contracts for the International Sale of Goods. If for any reason a court of competent jurisdiction finds any provision or portion of the Terms of Service to be unenforceable, the remainder of the Terms of Service will continue in full force and effect.

These Terms of Service constitute the entire agreement between the parties with respect to the subject matter hereof and supersedes and replaces all prior or contemporaneous understandings or agreements, written or oral, regarding such subject matter. Any waiver of any provision of the Terms of Service will be effective only if in writing and signed by McAfee.

Effective date: May 15, 2006

Privacy policy | Terms of service | Contact us | **McAfee** Home 



Look up a site report: [ Enter a site address (e.g. yahoo.com) ]    Go

HOME    DOWNLOAD    ANALYSIS    SUPPORT    BLOG    **ABOUT US**

## About SiteAdvisor

SiteAdvisor was founded in April 2005 by a group of MIT engineers who wanted to make the Web safer for their family and friends. Having spent one too many holiday breaks trying to clean a mess of spam, adware, and spyware from our families' computers, we decided to take action.

We realized there was a gaping hole in existing Web security products. While traditional security companies had gotten relatively good at addressing technical threats like viruses, they were failing to prevent a new breed of "social engineering" tricks like spyware infections, identity theft scams, and sites which send excessive e-mail.

To address this challenge, we built a system of automated testers which continually patrol the Web to browse sites, download files, and enter information on sign-up forms. We document all these results and supplement them with feedback from our users, comments from Web site owners, and analysis from our own employees.

Our easy to use software for Internet Explorer and Firefox summarizes our safety results into intuitive red, yellow and green ratings to help Web users stay safe as they search, browse and transact online. Our goal is to pioneer a new approach to Web safety and make the Internet safer for everyone.

On April 5, 2006 we announced that we were acquired by McAfee, Inc. Teaming with McAfee will give us greatly expanded worldwide reach, access to McAfee's leading security technology, and greater resources to accelerate feature development for our many users.

Press center

Job opportunities

Contact us

---

Copyright © 2008 McAfee, Inc.

Home | Download | Analysis | Support | About us | Privacy policy | Terms of service | Site Owner Info | Blog

Pick a language

08CV4830
JUDGE LEFKOW
MAGISTRATE JUDGE NOLAN
YM

# EXHIBIT

# C

Case 1:08-cv-04830    Document 1-4    Filed 08/25/2008    Page 2 of 6

# McAfee® SiteAdvisor™

HOME    DOWNLOAD    ANALYSIS    SUPPORT    BLOG    ABOUT US

Privacy policy  |  Terms of service  |  Contact us  |  **McAfee** Home

McAfee® SECURE Shopping                         Shop Now >

Want to add your comments? Log in or Register.

Look up a site report:

## browseraccelerator.com



**In our tests, we found downloads on this site that some people consider adware, spyware or other potentially unwanted programs.**

Are you the owner of this site? Leave a comment

Contact information:

Country                    Popularity

United States       Some users

---

**McAfee® SECURE Shopping**

Your Secure Shopping Destination
with Hundreds of Merchants

Shop Now >

ALL SITES ARE
McAfee SECURE™

---

AUTOMATED WEB SAFETY TESTING RESULTS FOR BROWSERACCELERATOR.COM

E-MAIL TESTS FOR BROWSERACCELERATOR.COM: ?

DOWNLOAD TESTS FOR BROWSERACCELERATOR.COM: ?

**1 yellow download**

In our tests, we found downloads on this site that some people consider adware, spyware or other potentially unwanted programs.

Downloads we found on this site:

| Download | Analysis |
|---|---|
| BrowserAccelerator (baseetup.exe) | 7FaSSt |

**View detailed analysis**
**Submit a download for analysis**

ONLINE AFFILIATIONS FOR BROWSERACCELERATOR.COM: ?

**Linked to green sites**
When we visited this site, we found that most of its links are to sites which are safe or have only minor safety/annoyance issues.



ANNOYANCES FROM BROWSERACCELERATOR.COM: ?

REVIEWER AND WEB SITE OWNER COMMENTS

USER REVIEW SUMMARY FOR BROWSERACCELERATOR.COM ?

This site is good (0)                 Excessive popups (0)
This site spams (0)                   Phishing or other scams (0)
Adware, spyware, or viruses (5)       Bad shopping experience (0)
Browser exploit (1)

McAfee SECURE Shopping
Shop Now >   ALL SITES ARE
Your Secure Shopping Destination with Hundreds of Merchants

**BROWSERACCELERATOR.COM WEB SITE OWNER COMMENTS (1)** ?

None

Submitted by avem24 at 2007-04-27 13:58:41

**USER REVIEWS (7)** ?

Learn more about our reviewer system.

page **1** of **1**

Rating: Browser exploit

Posted at 06/20/2008-11:06:00 PM by Rickston, Reviewer . View profile [ Reputation score: 0 / 9 ]

Rating: Adware, spyware, or viruses

these 2 versions of browser acc.. have adware which is a malware

Posted at 06/20/2008-11:05:37 PM by Rickston, Reviewer . View profile [ Reputation score: 0 / 9 ]

Rating: Adware, spyware, or viruses

Download with caution, indeed.
This website has the right to be marked "red".

Why?
Avast: Win32:Adware-gen.

Says enough, i guess?
Avast! never fooled me and i dont think this is gonna be the first time.

Posted at 05/20/2008-03:10:25 AM by DxtHammer, Reviewer . View profile [ Reputation score: 0 / 9 ]

Rating: Adware, spyware, or viruses

the installer file for Browser accelerator was scanned with multiple antivirus programs with these results:

A-Squared:Adware.Win32.Accelerator.b
AntiVir:ADSPY/Browser.Accelerator

ArcaVir: Adware.Accelerator.F
Avast: Win32:Adware-gen.
BitDefender:Adware.Accelerator.P
Dr.Web:Adware.7Search
F-Secure: not-a-virus:AdWare.Win32.Accelerator.f (4, 1, 400)
Fortinet:Adware/Accelerator
Kaspersky:Anti-Virus:not-a-virus:AdWare.Win32.Accelerator.f
McAfee: potentially unwanted program
NOD32:Win32/Adware.Toolbar.Accelerator application
VBA32: AdWare.Win32.Accelerator.f

Doesn't seem overly safe to me!

**Posted at 06/19/2007-04:22:47 PM by securitynut, Reviewer .  View profile** [ Reputation score: 9 / 9 ]

Rating: Adware, spyware, or viruses

Publishes 7FaSST toilbar. Toolbar == Privacy issues. Avoid at all cost.

**Posted at 06/19/2007-09:39:37 AM by sparsha, Reviewer .  View profile** [ Reputation score: 9 / 9 ]

Rating: Adware, spyware, or viruses

dieser Aufstellungsort ist ein Rip aus. Er gibt mir Viren, die ich nicht weg erhalten könnte. Es
dauerte mir ein ungefähr Jahr, um weg zu erhalten.

**Posted at 05/12/2007-06:22:08 PM by tylerdaugg, Reviewer.  View profile** [ Reputation score: 0 / 9 ]

No specific information, but I would reccomend caution.

**Posted at 02/07/2007-11:02:43 AM by SeanW, Reviewer .  View profile** [ Reputation score: 9 / 9 ]

page **1** of **1**

User Name |User Name
Password |
☐ Remember Me?
Log in

Not a reviewer, yet? Register and leave a review of this site.

Get fully protected with McAfee Internet Security Suite.

Home | Download | Analysis | Support | About us | Privacy policy | Terms of service | Site Owner Info | Blog



Pick a language

Copyright © 2008 McAfee, Inc.

08CV4830
JUDGE LEFKOW
MAGISTRATE JUDGE NOLAN
YM

# EXHIBIT

# D







08CV4830
JUDGE LEFKOW
MAGISTRATE JUDGE NOLAN
YM

# EXHIBIT

# E







08CV4830
JUDGE LEFKOW
MAGISTRATE JUDGE NOLAN
YM

# EXHIBIT

# F

**From:** contact_request@ValidatedSite.com [mailto:contact_request@ValidatedSite.com]
**Sent:** Monday, October 29, 2007 8:42 PM
**To:** support@validatedsite.com
**Subject:** ValidatedSite Contact Request

| | |
|---|---|
| Date | 10/29/2007 8:42:06 PM |
| IP | 76.86.88.38 |
| Page | http://www.validatedsite.com/contact.htm |
| Browser Type | Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 5.1; Alexa Toolbar; .NET CLR 1.1.432 CLR 2.0.50727; .NET CLR 3.0.04506.30; InfoPath.2; .NET CLR 3.0.04506.590; .NET C 3.5.20706) |
| Browser Language | en-us |
| | |
| name | ███████████ |
| domain | ██████████████████ |
| email | █████████████████ |
| S1 | Hello,<br>Your site is coming up as a suspicious site from McAfee Site Advisor. We purchased you services so that people would feel safe and trust our site, however this is counter productiv<br><br>Please let us know how to resolve this issue. We have also another complaint from a simil MSN software.<br>I can forward you a screenshot |

| | Thank you. |
|---|---|
| sb22 | Submit |

Sir/Madam,

My personal feelings about your company are beside the point. However, McAfee sends red flags a'
flyin' anytime anyone goes near you. I've even avoided wholesalers just because they were linked to
you.

I just thought you could go to McAfee's website and view the warning, possibly answer their
questions and get their "Stamp of Approval" for your "Seal of Approval" (Neither of which really
mean shit, except that without theirs, yours doesn't stand a chance... Mainstream America uses
McAfee Site Advisor as part of their Browser extension. Any site linked to yours gives them a RED
X Warning like the one about you here:

http://www.siteadvisor.com/sites/validatedsite.co
m?aff_id=0-196&suite=true&premium=false&cli
ent_ver=2.5.0.6172&client_type=IEPlugin

Regards,

08CV4830
JUDGE LEFKOW
MAGISTRATE JUDGE NOLAN
YM

# EXHIBIT

# G



1901 L STREET, N.W., SUITE 800
WASHINGTON, DC 20036-3506
TELEPHONE: (202) 457-0160
FACSIMILE: (202) 659-1559
http://www.dickinsonwright.com

NICOLE M. MEYER
nmeyer@dickinson-wright.com
(202) 659-6924

October 1, 2007

Legal Department
McAfee Inc.
3965 Freedom Circle
Santa Clara, CA 95054

      Re:    **McAfee's Misclassification of Emergency 24 Inc.'s "BrowserAccelerator" and Linked Sites as Containing "Adware, Spyware or Viruses."**

Dear Sirs:

      We are intellectual property counsel for 7Search.com, Inc. and Emergency 24 Inc. Emergency 24, Inc., owner of BrowserAccelerator, is a 38 year-old company historically in the business of providing alarm monitoring services. They have continuously been at the forefront of incorporating technology with security services. Its alarm dealers offer unique security services, including, providing their customers with "generic" history reports that protect security system users' information (protecting confidential information is important to my client). Emergency 24 has expanded into Internet-related services and products. One of these products was the 7FaSST browser tool, which has since "spun-off" into the feature-enhanced BrowserAccelerator toolbar. This software has been falsely classified on McAfee's SiteAdvisor.com website with a "red rating" indicating that its software contains "adware, spyware or viruses." This allegation is completely false and defamatory.

      Our client's BrowserAccelerator does not constitute adware or spyware and does not contain viruses. The software gathers the full URL information (only from non-secure URLs) for general research purposes, for example, providing affiliated companies with information regarding the popularity of a site (i.e., how many "hits" the site has). The primary recipient of the collected data is Ranking.com, which is owned by Emergency 24. No external companies receive any collected raw data from Ranking.com through which an individual could be identified. Our clients do not intentionally gather pass codes, account information, or other proprietary information. To the extent a site's webmaster has failed to provide a secure site for users to enter this information, and it appears in the URL, it may be inadvertently captured by BrowserAccelerator. However, once that website is counted for the purpose of creating research statistics, the information is deleted. It is never sold, used for advertising, or otherwise provided to third parties. It is never tracked back to the individual user, so a specific user's activity is not tracked or otherwise monitored. The End User License Agreement for BrowserAccelerator provides the user with **full disclosure** in a clear manner and must be acknowledged by the user before the software is installed. An

C o u n s e l l o r s   A t   L a w

DETROIT    BLOOMFIELD HILLS    LANSING    GRAND RAPIDS    ANN ARBOR
WASHINGTON, D.C.

Dickinson Wright PLLC

October 1, 2007

icon even appears on the user's computer once the software is installed, to let them know the software has been stored on their browser.  Accordingly, the software does not provide a user with "potentially unwanted programs" as alleged on your site.  The software does not relay information (other than statistics) to third parties, does not attempt to remain unnoticed, and is not received or triggered by users unknowingly.  Accordingly, it is not spyware, and it should be given a "green rating" by McAfee.

Both 7FaSST and BrowserAccelerator formerly used a folder named 7Search.  7Search.com, Inc. promoted the BrowserAccelerator toolbar, as an affiliate program for another search engine, but never received any alleged "tracking" data.  7Search is currently merely a pay-per-click search engine and clearly does not track, gather or transfer data on user browsing habits. 7Search possesses absolutely no attributes of spyware. While Symantec at one point misclassified 7Search and BrowserAccelerator as spyware, they have since realized their error and reclassified these software programs as benevolent.  Moreover, BrowserAccelerator does exactly the same thing as alexa.com, which has been given a "green rating" on your website.   Your inconsistent treatment of programs with identical applications demonstrates that an error has been made on your site.

In addition to misclassifying BrowserAccelerator and 7Search.com as "adware, spyware and viruses,"  McAfee has improperly given "red ratings" to the following sites (and maybe more), merely because they are linked to one of those programs:

> Validatedsite.com
> Internetsupervision.com
> Internetsecurity.com
> Ranking.com
> Surveypopups.com
> Pay-per-search.com
> Payperranking.com
> Trustgauge.com
> Uniterra.com
> Freespeedtest.com
> Websitemagazine.com
> Wisdomtips.com

Such "guilt by association" without **any** evidence that such programs contain adware, spyware or viruses, is irresponsible and reprehensible.

McAfee's classification of these software programs with a red rating reserved for "adware, spyware and viruses" is false and misleading.  There is no factual basis for such classification and McAfee's continued false designation of the BrowserAccelerator product, 7Search and the rest of the sites identified above, has caused, and continues to cause, Emergency 24, Inc. considerable damage.  By falsely characterizing these

C o u n s e l l o r s   A t   L a w

DETROIT    BLOOMFIELD HILLS    LANSING    GRAND RAPIDS    ANN ARBOR
WASHINGTON, D.C.

October 1, 2007

Dickinson Wright PLLC

products as adware, spyware or viruses, McAfee has engaged in false advertising under Section 43(a) of the federal Lanham Act (15 U.S.C. §1125).  The same tortious conduct constitutes trade defamation (as well as possibly tortious interference with contracts and business relationships).  Accordingly, Emergency 24, Inc. and 7Search.com, Inc. demand that McAfee promptly delete from its website all references to Browser Accelerator and 7Search.com software as "adware, spyware or viruses" and that it change its "red" ratings to "green" ratings (indicating that the "site is good") for all of the sites referenced in this letter.  As you are probably aware, anti-spyware vendors are increasingly being held accountable for recklessly characterizing software as spyware (for example Microsoft's payment of a sum and public apology to Startpagina.nl).

   We look forward to receiving your response on or before **October 15, 2007**.


                                    Very truly yours,

                                    Nicole M. Meyer


cc:    Patrick Devereaux


DC 71499-2 115541v1

C o u n s e l l o r s   A t   L a w

DETROIT    BLOOMFIELD HILLS    LANSING    GRAND RAPIDS    ANN ARBOR
WASHINGTON, D.C.

```
08CV4830
JUDGE LEFKOW
MAGISTRATE JUDGE NOLAN
YM
```

# EXHIBIT

# H

Web   Images   Video   Local   Shopping   more ▾

| browseraccelerator.com | | Search | Krasty ▾ |

▾

⚠ 1 potentially harmful website is marked on this page.

BrowserAccelerator 🜲  · Meteorology
⚠ Warning: Dangerous Downloads
**BrowserAccelerator.com**, Increase Internet browsing speed free, Trust gauge ... To contact a
member of the **BrowserAccelerator.com** staff, ...
www.browseraccelerator.com - Cached

**browseraccelerator.com** | Web Safety Ratings from McAfee SiteAdvisor
McAfee SiteAdvisor tests **browseraccelerator.com** for adware, spam, scams, and e-mail practices
... Automated Web Safety Testing Results for **browseraccelerator.com** ...
www.siteadvisor.com/sites/browseraccelerator.com/summary

**browseraccelerator.com** (rank 105,874) - Web Site Audience Profiles from ...
browseraccelerator.com (rank 105,874) Summary. Traffic. Demographics ... We have sparse data
about **browseraccelerator.com**, so these are rough estimates. ...
www.quantcast.com/browseraccelerator.com - Cached