**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| EMERGENCY TWENTY FOUR, INC. ) <br>       Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MCAFEE, INC., ) <br>       Defendant. ) <br> ) <br> ) <br> ) <br> ) | Case No. 08-CV-4830 <br><br> Judge Lefkow <br><br> Magistrate Judge Nolan <br><br><br> **JURY DEMANDED** |

## DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES

The undersigned, counsel of record for PLAINTIFF, EMERGENCY TWENTY FOUR, INC., furnishes the following in compliance with Fed. R. Civ. P. 7.1 and Local Rule 3.2 of this Court:

1. The full name of every party or amicus the attorney represents in the case.

    **Answer:     Emergency Twenty Four, Inc.**

2. If such party or amicus is a corporation:

    a)   its parent corporation, if any; and

    **Answer:  None**

    b)   a list of corporate stockholders which are publicly held companies owning 10 percent or more of the stock of the party or amicus if it is a publicly held company.

    **Answer:  None**

3. The name of all law firms whose partners or associates appear for a party or are expected to appear for the party in the case.

    **Answer:  Seyfarth Shaw LLP**; **Dickinson & Wright PLLC**

- 2 -

Dated:  August 26, 2008                                         Respectfully submitted,

                                                                  EMERGENCY TWENTY FOUR, INC.

                                                                  By     s/ Joseph R. Lanser_____
                                                                             One of Its Attorneys

<u>Attorneys for Plaintiff:</u>
Joseph R. Lanser
Jeffrey P. Swatzell
SEYFARTH SHAW LLP
131 South Dearborn Street, 24th Floor
Chicago, Illinois  60603-5577
Telephone: 312-460-5000
Facsimile: 312-460-7000
Email: jlanser@seyfarth.com

<u>Of Counsel:</u>

Nicole M. Meyer, Esquire
Samuel D. Littlepage, Esquire
DICKINSON WRIGHT PLLC
1901 "L" Street, N.W., Suite 800
Washington, D.C. 20036-3506
Telephone:     (202) 457-0160
Facsimile:      (202) 659-1559
Email:  nmeyer@dickinsonwright.com